**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT COURT JUDGE**
**December 30, 2025**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **ARMIN SANABRIA ALZERRECA** | **CIVIL ACTION NO. 25-cv-2080 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

On December 29, 2025, Petitioner, Armin Sanabria Alzerreca ("Petitioner"), filed a Motion for Preliminary Injunction [Doc. No. 5]. Respondents shall file their responses by January 13, 2026. Petitioner may file a reply within seven (7) days after Respondents file their responses.



TAD