# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ARMIN SANABRIA ALZERRECA** | **CASE NO. 1:25-CV-02080 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

On December 29, 2025, Petitioner, Armin Sanabria Alzerreca ("Petitioner"), filed a Motion for Preliminary Injunction [Doc. No. 5]. In light of the fact that Respondents are not presently enrolled in the civil action,

**IT IS ORDERED** that the previous deadline for a response to Petitioner's Preliminary Injunction [Doc No. 8] is hereby extended to February 4, 2026. Petitioner may file a reply within three (3) days after the response is filed.

MONROE, LOUISIANA, this 21st day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE